**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>JOAN M. JOHNS<br>Defendant | Civil Action No: 11-1144 |

**ORDER**

AND NOW, this 17th day of April, 2012, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

1. That the public sale held on March 02, 2012 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to W. R. Capenos, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JOAN M. JOHNS in and to the premises sold located at 717 Armstrong Avenue, Apollo, PA 15613.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.